ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Evolva AG ) ASBCA Nos. 62110, 62111
)
Under Contract No. HDTRA1-06-C-0029 )

APPEARANCES FOR THE APPELLANT: David R. Hazelton, Esq.
Kyle R. Jefcoat, Esq.
Dean W. Baxtresser, Esq.
Latham & Watkins, LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Debra E. Berg, Esq.
Trial Attorney
Defense Contract Management Agency
Hanscom AFB, MA

ORDER OF DISMISSAL

Appellant has requested to withdraw these appeals with prejudice. The government does not object. Accordingly, these appeals are dismissed from the Board's docket with prejudice.

Dated: November 13, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62110, 62111, Appeals of Evolva AG, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2